UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marco D., | NO. EDCV 20-2059-KS |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the Joint Stipulation for attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), the Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $8,000.00.

**IT IS SO ORDERED.**

DATED: January 6, 2023

_____
HON. KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1